UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Christopher Turner,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Midland Credit Management, Inc.<br><br>　　　　Defendant. | Case No.:<br><br>**JURY TRIAL DEMANDED** |

## **COMPLAINT**

NOW COMES THE PLAINTIFF, CHRISTOPHER TURNER, by and through counsel, and for his Complaint against the Defendant pleads as follows:

## **JURISDICTION**

1. Jurisdiction of this court arises under 15 U.S.C. §1692k.

2. This is an action brought by a consumer for violations of the Fair Debt Collection Practices Act (15 U.S.C. §1692 et. seq [hereinafter "FDCPA"]).

## **VENUE**

3. The transactions and occurrences which give rise to this action occurred in Cook County, Illinois.

4. Venue is proper in the Northern District of Illinois, Eastern Division.

## **PARTIES**

5. Plaintiff is a natural person residing in the city of Chicago, Cook County, Illinois.

6. The Defendant to this lawsuit is Midland Credit Management, Inc., which is a foreign corporation that conducts business in the State of Illinois.

## GENERAL ALLEGATIONS

7. Defendant is attempting to collect a consumer type debt in the amount of $926.54 ("the alleged Debt") that allegedly originated with Credit One Bank, N.A ("Credit One").

8. Mr. Turner does not owe the alleged Debt as his credit files have been mismerged with someone with a similar name or SSN and he has never done business with Credit One.

9. Nevertheless, Defendant has contacted Mr. Turner on multiple occasions to attempt to collect the alleged Debt from Mr. Turner.

10. On or about April 23, 2017, Mr. Turner obtained his credit files and noticed inaccurate trade lines, including the Credit One trade line, reporting in his credit files.

11. On or about May 10, 2017, Mr. Turner submitted letters to Experian and Trans Union to dispute the inaccurate trade lines, including the Credit One trade line.

12. Upon information and belief, Experian and Trans Union forwarded Mr. Turner's consumer dispute to Credit One.

13. On or about July 12, 2017, Mr. Turner received a letter from Defendant, which is attempting to collect the alleged Debt.

14. In the letter, Defendant states that it received and processed Mr. Turner's dispute and that its information about the alleged Debt is correct.

15. Mr. Turner has suffered pecuniary and emotional damages, as a result of Defendant's actions.

## COUNT I-VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

16. Plaintiff reincorporates the preceding allegations by reference.

17. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

18. Plaintiff is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

19. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

20. Defendant's foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

    a. 15 U.S.C. §1692e(2)(A) by misrepresenting the character, amount or legal status of any debt. Defendant violated this provision by attempting to collect the alleged Debt which Mr. Turner does not owe.

    b. 15 U.S.C. §1692e(10) by using false representations or deceptive means to collect any debt. Defendant violated this provision by attempting to collect the alleged Debt which Mr. Turner does not owe.

    c. 15 U.S.C. §1692f(1) by collecting any amount not permitted by law. Defendant violated this provision by attempting to collect the alleged Debt which Mr. Turner does not owe.

21. The Plaintiff has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this Honorable Court grant him a judgment against Defendant for statutory damages, actual damages, costs, interest, and attorneys' fees.

## JURY DEMAND

Plaintiff hereby demands a trial by Jury.

DATED: August 24, 2017

By: */s/* Brian J. Olszewski
One of Plaintiff's Attorneys

Anthony G. Barone (#6196315)
Brian J. Olszewski (#6283673)
Barone Law Group, P.C.
635 Butterfield Rd., Suite 145
Oakbrook Terrace, IL 60181
Phone: 630-472-0037
Fax:    630-472-0864
abarone@baronelawgroup.com
bolszewski@baronelawgroup.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Christopher Turner*